

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2014

No. 04-13-00904-CV

**IN THE INTEREST OF R.L.R.R., M.C.M., J.D.S. AND G.Z.S.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00325
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The clerk's record has been filed. However, the reporter's record, which was due January 6, 2013, has not yet been filed. Mr. David R. Zarate is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal.

    Texas Rule of Appellate Procedure 35.1(b) requires a court reporter to file a reporter's record in an accelerated appeal within ten days. TEX. R. APP. P. 35.1(b). Further, with regard to parental termination accelerated appeals, Rule 28.4(b)(2) states that while we may grant the court reporter an extension of time, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2).

    Accordingly, Mr. Zarate is hereby ORDERED to file the reporter's record in this appeal no later than January 20, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court